UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

TAYLOR DEMARIO &
 SELINA ANDERSON,

    Debtors.
_____/

Case No: 23-18047-MAM
Chapter 13

**NOTICE OF WITHDRAWAL OF DOCKET ENTRY #10**

**COME NOW** the Debtors, TAYLOR DEMARIO & SELINA ANDERSON, by and through their undersigned attorney, and files this Notice of Withdrawal of Motion to Restrict Public Access, Docket Entry #10.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via electronically to: Office of the U.S. Trustee, U.S. Bankruptcy Court, 51 S.W. 1st Avenue, Room 1204, Miami, Florida, 33130; Robin Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355 and all creditors on the attached list on this 3rd day of October, 2023.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

    Ozment Law, PA
    Attorneys for Debtor
    2001 Palm Beach Lakes Blvd., Suite 500
    West Palm Beach, FL 33409
    (561) 689-6789


    By:  /s/ Drake Ozment, Esq.
        DRAKE OZMENT, Esq.
        FBN:   844519